UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DJAMILLA COCHRAN,<br><br>        Plaintiff,<br><br>v.<br><br>DIPSET COUTURE LLC, CAMERON E. GILES a/k/a CAM'RON, and TRIANGULO SWAG LLC,<br><br>        Defendants. | Civ. No. 2:23-CV-02037 (WJM)<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.**

      **THIS MATTER** having been opened to the Court by Plaintiff Djamilla Cochran ("Plaintiff"), for entry of default judgment against defendants Dipset Couture LLC ("Dipset"), Cameron E. Giles ("Cam'ron"), and Triangulo Swag LLC ("Triangulo") (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b); the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this 15 day of February 2024, **ORDERED** and **ADJUDGED** that default judgment be and hereby entered in favor of Plaintiff as to each count in Plaintiff's Complaint, ECF No. 1;

**ORDERED** that Defendants are permanently enjoined from continuing to infringe on Plaintiff's copyrighted work;

**ORDERED** that Defendants shall pay to Plaintiff $51,221.50, comprising of $40,530.00 in statutory damages and $10,691.50 in attorneys' fees and costs;

**ORDERED** that Defendants shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961, as of the date of this Default Judgment until the date of its satisfaction.

                                                                               WILLIAM J. MARTINI, U.S.D.J.